UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COUNTY OF MONO, a political subdivision of the State of California; and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the COUNTY OF MONO, | CIV. NO. 2:18-01149 WBS KJN |
| Plaintiffs, | |
| v. | ORDER OF RECUSAL |
| AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; McKESSON CORPORATION; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLS; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON | |

1

| | |
|---|---|
| 1 | LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a |
| 2 | WATSON PHARMA, INC.; MALLINCKRODT PLC; MALLINCKRODT |
| 3 | LLC,; INSYS THERAPEUTICS, INC; CVS HEALTH CORP.; THE KROGER |
| 4 | CO.; RITE AID OF MARYLAND, INC.; THRIFTY PAYLESS, INC.; WALGREENS |
| 5 | BOOTS ALLIANCE, INC.; and WAL-MART, INC.; |
| 6 | |
| 7 | Defendants. |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Johnson & Johnson.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS FURTHER ORDERED that any previous orders issued by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

Dated: May 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2